IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH ALLEN GLADSTONE<br><br>Defendant. | UNDER SEAL<br><br>Criminal No. CCB-19-094 |

## MOTION TO SEAL INDICTMENT

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that this Indictment, the attending arrest warrant, and this motion be **SEALED**, until the defendants have been arrested and until further order of this Court.

The defendant has not yet been arrested, and all evidence of the crime has not been identified and located. Premature disclosure of the Indictment might cause the defendant to flee and/or conceal evidence of the offense.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment, the arrest warrant and all other documents filed in this action be **sealed** until further order of the Court, and that three (3) copies of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully Submitted,

Robert K. Hur
United States Attorney

Leo J. Wise
Derek E. Hines
Assistant United States Attorneys