UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 25, 2022

MEMORANDUM TO COUNSEL

Re: *United States v. Gladstone*
Criminal No. CCB-19-94

Dear Counsel:

This will confirm the results of our conference call today. Sentencing has been scheduled for Wednesday, July 13, 2022, at 9:30 a.m. in Courtroom 7D. Sentencing memoranda are due by June 29, 2022.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge