IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO.: CCB-19-094 |
| KEITH ALLEN GLADSTONE | * | |

\* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM

Now comes the Defendant, Keith A. Gladstone, through his counsel, David B. Irwin, and Kramon & Graham, P.A., and hereby respectfully requests that this Court seal the Sentencing Memorandum and accompany Exhibits being filed today, June 29, 2022, for the reason, among others, that the Sentencing Memorandum contains information from the Pre-Sentence Report in this case.

June 29, 2022

Respectfully submitted,

/s/ David B. Irwin
David B. Irwin
Federal Bar No.: 01933
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Tel: (410) 752-6030
Fax: (410) 539-1269
dirwin@kg-law.com

*Attorneys for Defendant Keith A. Gladstone*

4860-2342-9670, v. 1